**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randy R. Sellers, et al.,   )<br>           Plaintiffs,   )<br>   )<br>v.   )<br>   )<br>Merlin Jones, et al.,   )<br>           Defendants.   )<br>_____) | No. CIV- 07-1510-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. 32]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. 32]. This matter, including all claims and counterclaims, is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 16th day of May, 2008.

_____
Stephen M. McNamee
United States District Judge